# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| In Re: ) | |
| ) | |
| ANTHONY FRANTSEK NOVOTNY, ) | Case No. 3:14-bk-10062 |
| ) | Chapter 13 |
| Debtor. ) | Judge Keith M. Lundin |
| ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, FBM/W&S LLC, d/b/a Wallboard & Supply ("Wallboard"), a creditor, hereby gives notice to this Court of the appearance of its counsel in this matter. In addition to the notices and orders to which undersigned is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

David O. Huff, Esq.
**Smythe & Huff**
144 Second Avenue, North, Suite 333
Nashville, TN 37201
dhuff@smythehuff.com


this 8th day of January, 2015.

    Respectfully submitted,

    */s/ David O. Huff*
    David O. Huff (Tenn. Reg. No. 10996)
    **Smythe & Huff**
    144 Second Avenue, North, Suite 333
    Nashville, TN 37201
    615/255-4849 – Telephone
    615/255-4855 – Facsimile
    dhuff@smythehuff.com

    Attorneys for FBM/W&S LLC,
     d/b/a Wallboard & Supply