IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 3:14-bk-10062 |
| ANTHONY FRANTSEK NOVOTNY | } | |
| 254 CHEROKEE STATION | } | Chapter 13 |
| NASHVILLE, TN 37209 | } | |
| SSN: xxx-xx-5556 | } | Judge Keith M. Lundin |
| Debtor. | } | |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** March 9, 2015
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** March 18, 2015 at 8:30 a.m. in Courtroom One, The Customs House, 701 Broadway, Nashville, TN 37203

### NOTICE OF OBJECTION TO COURT CLAIM #4-1 OF ALLEY-CASSETTY BRICK

The Debtor has asked the Court for the following relief: entry of an order disallowing Court Claim #4-1 of Alley-Cassetty Brick.
YOUR RIGHTS MAY BE AFFECTED.
If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before March 9, 2015, you or your attorney must:

1. File with the court your written response or objection explaining your position at:

    By Mail:    U.S. Bankruptcy Court, P.O. Box 24890, Nashville, TN  37202-489090
    In Person:  U.S. Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN
                (Monday- Friday, 8:00 a.m. – 4:00 p.m.)

2. Your responses must state that the deadline for filing responses: **March 9, 2015**, the date of the scheduled hearing is: **March 18, 2015** and the motion to which you are responding is: OBJECTION TO COURT CLAIM #4-1 OF ALLEY-CASSETTY BRICK
   If you want a file stamped copy returned, you must include an extra copy and a self-addressed, stamped envelope.

3. You must also mail a copy of your response to:

    James A. Flexer, 176 2nd Avenue North, Suite 501, Nashville, TN  37201, and see Certificate of Service for additional parties to serve (attached hereto)

If a timely response is filed, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's web site at www.tnmb.uscourts.gov. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.
If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

| | | |
|---|---|---|
| Date: 2/5/2015 | Signature: | /s/ James A. Flexer |
| | Name: | Law Offices of James A. Flexer |
| | Address: | 176 2nd Avenue North, Suite 501, Nashville, TN 37201 |
| | Email: | cm-ecf@jamesflexerconsumerlaw.com |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No. 3:14-bk-10062 |
| ANTHONY FRANTSEK NOVOTNY } | |
| 254 CHEROKEE STATION } | Chapter 13 |
| NASHVILLE, TN 37209 } | |
| SSN: xxx-xx-5556 } | Judge Keith M. Lundin |
| Debtor. } | |

## OBJECTION TO COURT CLAIM #4-1 OF ALLEY-CASSETTY BRICK

COMES NOW the Debtor, by and through counsel, and would object to Court Claim #4-1, filed January 21, 2015, by Alley-Cassetty Brick in the amount of $13,596.64 against the estate of the Debtor.

As grounds, the Debtor would state that:

1. Novotny Custom Homes, Inc. filed a Chapter 7 bankruptcy proceeding in the Middle District of Tennessee on October 30, 2014, case number 14-08632.

2. The debt owed to Alley-Cassetty Brick is solely the debt of Novotny Custom Homes, Inc., and is not a debt owed by the Debtor, Anthony Novotny, personally.

3. The claimholder did not attach a personal guarantee to its claim.

WHEREFORE, based on the foregoing, the Debtor would respectfully request an order that disallows Court Claim #4-1 by Alley-Cassetty Brick in the amount of $13,596.64 and requests that any disbursements to this claim be held during the pendency of this objection.

An affidavit of the Debtor's attorney in support of this objection is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ James A. Flexer*
James A. Flexer, BPR #9447
Attorney for Debtors
Law Offices of James A. Flexer
176 2nd Avenue North, Suite 501
Nashville, TN 37201
(615) 255-2893
fax: (615) 242 8849
Email: cm-ecf@jamesflexerconsumerlaw.com

# DRAFT

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 3:14-bk-10062 |
| ANTHONY FRANTSEK NOVOTNY | } | |
| 254 CHEROKEE STATION | } | Chapter 13 |
| NASHVILLE, TN 37209 | } | |
| SSN: xxx-xx-5556 | } | Judge Keith M. Lundin |
| Debtor. | } | |

**PROPOSED ORDER GRANTING OBJECTION TO**
**COURT CLAIM #4-1 OF ALLEY-CASSETTY BRICK**

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that the Debtor filed an Objection to Claim and notice of said objection has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that thirty (30) days have elapsed since the date of service of the objection and no responses have been forthcoming from any party in interest.

It is therefore ORDERED as follows:

1. Court Claim #4-1 by Alley-Cassetty Brick in the amount of $13,596.64 shall be disallowed in its entirety.

    IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page*

APPROVED FOR ENTRY:

/s/ *James A. Flexer*
James A. Flexer, BPR #9447
Attorney for Debtors
Law Offices of James A. Flexer
176 2nd Avenue North, Suite 501
Nashville, TN 37201
(615) 255-2893
fax: (615) 242 8849
Email: cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2015, I furnished a true and correct copy of the foregoing to the following parties in interest:

<u>Electronic</u>
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019

<u>Electronic</u>
Samuel K. Crocker, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

<u>U.S. mail first class</u>
Anthony Novotny
254 Cherokee Station
Nashville, TN 37209

<u>U.S. mail first class</u>
Alley-Cassetty Brick
PO Box 23305
Nashville, TN 37202


I have sent out 2 notices via U.S. mail first class.


                                                      /s/ *James A. Flexer*
                                                      James A. Flexer

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    }
                                          }
ANTHONY FRANTSEK NOVOTNY                  }   Case No. 3:14-bk-10062
                                          }   Chapter 13
SSN: xxx-xx-5556                          }   Judge Keith Lundin
                                          }
        Debtor(s)                         }

**AFFIDAVIT OF DEBTORS' ATTORNEY IN SUPPORT OF OBJECTION TO CLAIM**

I, Michelle Spezia, having been duly sworn, would affirm the following under oath:

1. I represent the Debtor in the above referenced Chapter 13 bankruptcy proceeding.

2. I am at all times during the giving of this testimony, of sound mind and competent to testify.

3. My client objects to court's claim number 4-1 filed by Alley-Cassetty Brick in the amount of $13,596.64 for goods sold to Novotny Custom Homes, Inc.

4. Novotny Custom Homes, Inc. filed a Chapter 7 bankruptcy proceeding in the Middle District of Tennessee on October 30, 2014, case number 14-08632.

5. My client contends that the debt owed to Alley-Cassetty Brick is solely debt of Novotny Custom Homes, Inc., and is not a debt owed by Anthony Novotny personally.

6. The claimholder did not attach a personal guarantee to its claim.

FURTHER AFFIANT SAITH NOT.

_____
MICHELLE SPEZIA

STATE OF TENNESSEE            Sworn to me on this 3rd day

Case 3:14-bk-10062    Doc 19    Filed 02/05/15    Entered 02/05/15 14:18:13    Desc Main
Document    Page 6 of 7

COUNTY OF DAVIDSON of February, 2015.

*Kelsy Caldwell*
NOTARY PUBLIC AT LARGE
My Commission expires:

