


Dated: 3/3/2015

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No. 3:14-bk-10062 |
| ANTHONY FRANTSEK NOVOTNY } | |
| 254 CHEROKEE STATION } | Chapter 13 |
| NASHVILLE, TN 37209 } | |
| SSN: xxx-xx-5556 } | Judge Keith M. Lundin |
| Debtor. } | |

### ORDER STRIKING OBJECTION TO COURT CLAIM #5-1 OF SMYRNA READY MIX, LLC

COMES NOW the Debtor, by and through counsel, and would withdraw the Objection to Claim of Smyrna Ready Mix, LLC, Court's Claim #5-1 without prejudice.

It is therefore ORDERED, the Objection and Notice of Objection to Claim #5-1 by Claimant Smyrna Ready Mix, docket entry #20, is stricken.

*This order was electronically signed and entered as indicated at the top of the first page*

APPROVED FOR ENTRY:

/s/ James A. Flexer
James A. Flexer, BPR #9447
Attorney for Debtors
Law Offices of James A. Flexer
176 2nd Avenue North, Suite 501
Nashville, TN 37201
(615) 255-2893
fax: (615) 242 8849
Email: cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015, I furnished a true and correct copy of the foregoing to the following parties in interest:

Electronic
Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019

Electronic
Samuel K. Crocker, U.S. Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203

U.S. mail first class
Anthony Novotny
254 Cherokee Station
Nashville, TN 37209

U.S. mail first class
Smyrna Ready Mix, LLC
1136 Second Avenue North
Nashville, TN 37208

U.S. mail first class
David M. Smythe
Smythe & Huff
144 Second Avenue North, Suite 333
Nashville, TN 37201

I have sent out 3 notices via U.S. mail first class.

   /s/ James A. Flexer
James A. Flexer

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.