
**Keith M. Lundin**
**U.S. Bankruptcy Judge**
Dated: 5/8/2015



# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| In Re: ) | |
| ) | |
| ANTHONY FRANTSEK NOVOTNY, ) | Case No. 3:14-bk-10062 |
| ) | Chapter 13 |
| Debtor. ) | Judge Keith M. Lundin |
| ) | |
| HENLEY SUPPLY, INC. ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY FRANTSEK NOVOTNY, ) | |
| Debtor, and HENRY EDWARD ) | |
| HILDEBRAND, III, Trustee, ) | |
| ) | |
| Respondents. ) | |

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

IT APPEARING to the Court from the signatures of the respective parties, by and through their respective counsel hereinbelow, that:

1. Henley Supply, Inc. is entitled to relief from the automatic stay to perfect its materialmen's lien on 1718 McKinley Place, Murfreesboro, TN 37130, 11. U.S.C § 362(b)(3).

2. The property located at 1718 McKinley Place, Murfreesboro, TN 37130, is not owned by either the Debtor or Debtor's business and is therefore, not part of the Bankruptcy Estate.

1

3. The Debtor does not object to the relief sought by Henley.

4. Upon perfection of the materialmen's lien on 1718 McKinley Place, Murfreesboro, TN 37130, Henley will file an amended proof of claim.

IT FURTHER APPEARING to the Court that the parties have reached an agreement, as evidenced by the aforesaid signatures, that the aforesaid contested matter pertaining to the relief from the automatic stay requested by Henley, shall be and is hereby considered resolved in accordance with the terms of this Agreed Order as set forth above.

IT IS ORDERED AS SET FORTH ABOVE.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/ Aaron J. Conklin
AARON J. CONKLIN, TN BPR # 018597
McCarter, Catron & East, PLLC
101 N. Maple St.
Murfreesboro, TN 37130
615-893-9255
Fax: 615-893-9258
aaronconklin@mcelaw.com

Attorney for HENLEY SUPPLY, INC.
d/b/a Henley Supply Millwork

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2015.05.07 15:50:59 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
615-244-1101
Fax 615-242-3241
pleadings@ch13nsh.com

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:14-bk-10062   Doc 65   Filed 05/08/15   Entered 05/08/15 13:10:57   Desc Main
Document      Page 2 of 2